IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| VIRAL DRM, LLC, | CV-25-67-BU-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| RESSLER MOTOR COMPANY, | |
| Defendant. | |

Defendant Ressler Motor Company (Ressler) filed a Motion to Dismiss Plaintiff Viral DRM, LLC's (Viral DRM) Complaint (Doc. 10). Ressler contended Viral DRM had failed to sufficiently allege copyrights to the video it alleged Ressler used without permission. In response, Viral DRM filed an Amended Complaint explaining it had acquired all rights, title and interest to the copyrights in the video by way of a Copyright Assignment. (Doc. 17, ¶ 21). Ressler filed an Answer to the Amended Complaint on August 25, 2025. (Doc. 20).

Accordingly, based upon Ressler's filing of an Answer to Viral DRM's Amended Complaint, it is hereby **ORDERED** that Ressler's Motion to Dismiss (Doc. 10) is **DENIED AS MOOT**.

1

DATED this 8th day of September 2025.


John Johnston
United States Magistrate Judge