IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| VIRAL DRM, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESSLER MOTOR COMPANY,<br><br>Defendant. | Case No: CV-25-67-JTJ<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

The parties having stipulated and good cause being manifest,

IT IS HEREBY ORDERED that this case is dismissed with prejudice, as having been fully settled upon its merits, with each of the parties to bear its own costs and attorneys' fees.

DATED this 8th day of October, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

3